RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Connor Bowers

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNOR BOWERS,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00089-CDS-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Connor Bowers, that the Revocation Hearing currently scheduled on May 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than July 25, 2022.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties need more time to prepare for the hearing.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 17th day of May, 2022.

3

4   RENE L. VALLADARES                    JASON M. FRIERSON
    Federal Public Defender                United States Attorney
5

6     */s/ Keisha K. Matthews*               */s/ Kimberly M. Frayn*
    By_____      By_____
7   KEISHA K. MATTHEWS                     KIMBERLY M. FRAYN
    Assistant Federal Public Defender      Assistant United States Attorney
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CONNOR BOWERS,<br><br>      Defendant. | Case No. 2:22-cr-00089-CDS-DJA<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, May 23, 2022 at 9:30 a.m., be vacated and continued to June 2, 2022 at the hour of 9:30 a.m. in courtroom 6B.

   DATED this 18th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE
CRISTINA D. SILVA